NUMBER 13-01-092-CR through 13-01-094-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


DANNY GARCIA III , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________



On appeal from the 105th District Court 

of Kleberg County, Texas.


___________________________________________________________________



O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


 Appellant, DANNY GARCIA III , perfected appeals from judgments entered by the 105th District Court of Kleberg
County, Texas, in cause numbers 00-CRF-549, 00-CRF-550, and 00-CRF-551 . Appellant has filed motions to dismiss the
appeals. The motions comply with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motions to dismiss the appeals, is of the opinion that
appellant's motions to dismiss the appeals should be granted. Appellant's motions to dismiss the appeals are granted, and
the appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 22nd day of March, 2001 .